B6F (Official Form 6F) (12/07)

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**
                                                                  Debtors

Case No.  **10-01070**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1193**<br><br>**Action Collection Services**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | | W | **Opened 9/01/09 Last Active 10/01/09**<br>**Medical Debt - St Alphonsus Oncology Physician** | | | | **50.00** |
| Account No.<br><br>**Advanced Business Networks**<br>**1907 Grassmere ST**<br>**Boise, ID 83709** | | C | **Business Expense** | | | | **85.00** |
| Account No. **xxxxxx7854**<br><br>**Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | W | **Opened 7/02/08 Last Active 11/01/08**<br>**Factoring Company Account Qwest** | | | | **69.00** |
| Account No.<br><br>**Aqualeader**<br>**2370 DE LA Province**<br>**Longueuil, QC  J4G 1G1**<br>**CANADA** | | C | **Business Expense** | | | | **38,686.31** |

__16__ continuation sheets attached

Subtotal
(Total of this page)   **38,890.31**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,** Case No. **10-01070**
**Debra Dawn Vaughan**,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**AT & T**<br>**PO BOX 6463**<br>**Carol Stream, IL 60197-6463** | | C | **Business Expense** | | | | **348.07** |
| Account No. **xxxxxxxxxx7490**<br>**Bank of America**<br>**201 N Tryon St**<br>**Charlotte, NC 28202** | | W | **Opened 9/09/05 Last Active 1/01/10**<br>**2000 S500 Mercedes. Returned March 2010** | | | | **11,843.00** |
| Account No. **3266**<br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | | H | **Opened 7/31/08 Last Active 2/01/10**<br>**Credit Card - personal name used for business** | | | | **11,105.00** |
| Account No. **1311**<br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | W | **Opened 7/29/05 Last Active 2/01/10**<br>**Credit Card - personal name used for business** | | | | **6,757.00** |
| Account No.<br>**Bank of the West**<br>**Dept LA 23091**<br>**Pasadena, CA 91185** | | C | **Business Expense** | | | | **30,446.26** |

Sheet no. **1** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **60,499.33**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**, Case No. **10-01070**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx8840<br><br>Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | | C | Opened 1/25/07 Last Active 1/18/10<br>Credit Card - personal name used for business | | | | 20,941.00 |
| Account No.<br><br>Bath Crest<br>PO BOX 4531<br>Boise, ID 83711 | | C | Business Expense | | | | 187.50 |
| Account No.<br><br>Black Smith Signs<br>224 Caldwell Blvd<br>Nampa, ID 83651 | | C | Business Expense | | | | 5,760.19 |
| Account No.<br><br>Blue Falls Manufacturing<br>Box 560 4549 52nd St<br>Thorsby, AB  T0C2P0<br>CANADA | | C | Business Expense | | | | 7,224.57 |
| Account No.<br><br>Boise Anesthesia<br>PO BOX 4008<br>Portland, OR 97208 | | C | Medical Expense | | | | 480.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **34,593.26**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**
                                                                                                    Case No.  __**10-01070**__
_____,
                                        Debtors

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Boise Surgical Group**<br>**6140 W. Curtisian Avenue**<br>**Suite 102**<br>**Boise, ID 83704-0109** | | C | **Medical Expense** | | | | **999.48** |
| Account No.<br>**Bonneville Collections**<br>**P.O. Box 150621**<br>**Ogden, UT 84402-0309** | | | **Representing:**<br>**Boise Surgical Group** | | | | **Notice Only** |
| Account No.<br>**Brunswick Bowling & Billards**<br>**PO BOX 70179**<br>**Chicago, IL 60673-0179** | | C | **Business Expense** | | | | **100,156.06** |
| Account No.<br>**C.H. Robinson**<br>**PO BOX 9121**<br>**Minneapolis, MN 55480-9121** | | C | **Business Expense** | | | | **2,730.00** |
| Account No.<br>**Cable One Advertising**<br>**8450 Westpark**<br>**Boise, ID 83704** | | C | **Business Expense** | | | | **26,786.00** |

Sheet no. __**3**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **130,671.54**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**,
Debtors

Case No. **10-01070**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Canyon Financial Services**<br>**14904 Collections Center DR**<br>**Chicago, IL 60693** | | C | **Business Expense** | | | | 1,369.37 |
| Account No. **xxxxxxxx3292**<br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | H | **Opened 8/17/01 Last Active 1/22/10**<br>**Business Credit Card** | | | | 11,419.00 |
| Account No. **xxxxxxxx0833**<br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | H | **Opened 4/22/03 Last Active 2/01/10**<br>**Business Credit Card** | | | | 3,605.00 |
| Account No. **xxxxxxxx4010**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | **Opened 5/25/01 Last Active 1/01/10**<br>**Credit Card - personal name used for business** | | | | 14,758.00 |
| Account No. **xxxxxxxx6157**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | **Opened 1/14/03 Last Active 1/01/10**<br>**Credit Card - personal name used for business** | | | | 13,727.00 |

Sheet no. **4** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **44,878.37**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**,
Debtors

Case No. **10-01070**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**City of Burley**<br>**Municipal Utility Dept.**<br>**Burley, ID 83318** | | C | **Business Expense - water for Burley property** | | | | 636.40 |
| Account No.<br>**Clear Voice**<br>**PO BOX 1176**<br>**Eagle, ID 83616** | | C | **Business Expense** | | | | 2,502.00 |
| Account No.<br>**Cover Pools**<br>**66 East 3335 South**<br>**Salt Lake City, UT 84115** | | C | **Business Expense** | | | | 675.26 |
| Account No.<br>**Cross Roads Inc**<br>**3040 Elder St**<br>**Boise, ID 83705** | | C | **Business Expense** | | | | 274.10 |
| Account No. **xxxxxxxx9986**<br>**Discover Financial**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | C | **Opened 6/10/88 Last Active 2/01/10**<br>**Credit Card - personal name used for business** | | | | 11,418.00 |

Sheet no. **5** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  15,505.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Leroy Vaughan,**
        **Debra Dawn Vaughan**                                                        Case No.   **10-01070**
_____,
                                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**DMI Sports**<br>**375 Commerce DR**<br>**Fort Washington, PA 19034** | | C | **Business Expense** | | | | 53.00 |
| Account No.<br>**Don Asletts Cleaning Center**<br>**PO BOX 6135**<br>**Pocatello, ID 83205** | | C | **Business Expense** | | | | 129.13 |
| Account No.<br>**Event Rent**<br>**600 N. Eagle RD**<br>**Meridian, ID 83642** | | C | **Business Expense** | | | | 886.50 |
| Account No.<br>**Express Transport**<br>**PO BOX 88947**<br>**Seattle, WA 98138-2947** | | C | **Business Expense** | | | | 696.48 |
| Account No.<br>**Extreme Media**<br>**clear Voice Telecom**<br>**Meridian, ID 83642** | | C | **Business Expense** | | | | 687.38 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,452.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**, 
Debtors

Case No. __**10-01070**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Farmers Insurance**<br>**1711 Overland**<br>**Burley, ID 83318** | | C | **Business Expense** | | | | 194.36 |
| Account No. **-xx6257**<br><br>**GE Moneybank/JC Penney**<br>**Po Box 981402**<br>**El Paso, TX 79998** | | W | **Opened 1/31/08 Last Active 2/01/10**<br>**Charge Account** | | | | 662.00 |
| Account No.<br><br>**Gem State Radiology**<br>**P.O. Box 9649**<br>**Boise, ID 83707** | | C | **Medical Expense** | | | | 281.60 |
| Account No.<br><br>**GMAC**<br>**GMAC**<br>**Louisville, KY 40290-1948** | | C | **Business Expense** | | | | 2,127.60 |
| Account No.<br><br>**Group 1 Advertising**<br>**3515 Michigan Ave**<br>**Cincinnati, OH 45208** | | C | **Business Expense** | | | | 50,616.75 |

Sheet no. __**7**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      53,882.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**
                                                                          Case No.  __**10-01070**__
_____,
                                          Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Hanamint Corp**<br>**8010 Thorndike Rd**<br>**Greensboro, NC 27409** | | C | **Business Expense** | | | | 14,855.03 |
| Account No.<br>**Highlights**<br>**PO BOX 4002026**<br>**Des Moines, IA 50340** | | C | **Magazine Subscription** | | | | 52.20 |
| Account No.<br>**Hot Water Products**<br>**6848 Airport RD**<br>**West Jordan, UT 84084** | | C | **Business Expnese** | | | | 1,488.87 |
| Account No.<br>**James Gillespie PA**<br>**PO BOX 2337**<br>**Boise, ID 83701** | | C | **Business Expense** | | | | 1,220.00 |
| Account No.<br>**KBCI CBS 2**<br>**PO BOX 94394**<br>**Seattle, WA 98124-6694** | | C | **Business Expense** | | | | 5,343.00 |

Sheet no. __**8**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   22,959.10

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**                                    Case No.  **10-01070**
_____,
                          Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Keller Supply Co**<br>**PO BOX 34458**<br>**Seattle, WA 98124-1458** | | C | Business Expense | | | | 6,317.63 |
| Account No.<br>**Killerspin**<br>**33 W. Monroe St 17th Floor**<br>**Chicago, IL 60603** | | C | Business Expense | | | | 751.00 |
| Account No.<br>**KIVI-Boise**<br>**1866 E. Chisholm DR**<br>**Nampa, ID 83687** | | C | Business Expense | | | | 12,817.15 |
| Account No.<br>**KNIN**<br>**Banks-Boise Inc**<br>**Dallas, TX 75284-9917** | | C | Business Expense | | | | 14,840.00 |
| Account No.<br>**KTVB**<br>**Dept 890880**<br>**Dallas, TX 75312-0880** | | C | Business Expense | | | | 72,016.75 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **106,742.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**,
Debtors

Case No. **10-01070**

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Lang Printing & Mailing**<br>**1505 E. Weber DR Suite 110**<br>**Tempe, AZ 85281** | | C | **Business Expense** | | | | 582.96 |
| Account No.<br>**Llyod Flanders**<br>**3010 Tenth ST**<br>**Menominee, MI 49858-0550** | | C | **Business Expense** | | | | 34,066.63 |
| Account No.<br>**Meadow Craft**<br>**PO BOX 798036**<br>**Saint Louis, MO 63179-8000** | | C | **Business Expense** | | | | 10,263.30 |
| Account No.<br>**Minson/Pastel Corp**<br>**Attn: Accounts PP**<br>**Montebello, CA 90640** | | C | **Business Expense** | | | | 893.55 |
| Account No. **xxx7984**<br>**Miramedrg**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148** | | W | **Opened 2/01/09 Last Active 9/01/09**<br>**Medical** | | | | 495.00 |

Sheet no. **10** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **46,301.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**
                                                                                Case No. __**10-01070**__
_____,
                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx8819<br><br>NCO Financial<br>PO Box 13570<br>Philadelphia, PA 19101 | | W | Opened 1/28/09 Last Active 9/01/09<br>Collection St Alphonsus Rmc | | | | 4,397.00 |
| Account No. xxxx8467<br><br>NCO Financial<br>Po Box 13570<br>Philadelphia, PA 19101 | | W | Opened 3/03/09 Last Active 9/01/09<br>Collection St Alphonsus Rmc | | | | 105.00 |
| Account No.<br><br>Olhausen Billard<br>1124 Vaughn Parkway<br>Portland, TN 37148 | | C | Business Expense | | | | 16,798.30 |
| Account No.<br><br>OW Lee<br>1822 E. Francis St<br>Ontario, CA 91761 | | C | Business Expense | | | | 11,330.84 |
| Account No.<br><br>Platform Architecture Design<br>1008 S. Johnson ST.<br>Boise, ID 83705 | | C | Business Expense | | | | 2,198.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    34,829.14

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan** ,
Debtors

Case No. **10-01070**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**RAM Gameroom Products**<br>**430 Industrial Dr. Unit 1**<br>**Milton, ON L9T5A6**<br>**CANADA** | | C | **Business Expense** | | | | **69.00** |
| Account No.<br>**Ringert Law**<br>**PO BOX 2773**<br>**Boise, ID 83701** | | C | **Business Expense** | | | | **415.00** |
| Account No.<br>**Robert H Peterson Co.**<br>**14724 E. Proctor Ave**<br>**La Puente, CA 91746** | | C | **Business Expense** | | | | **10,364.07** |
| Account No.<br>**Rocky Top Promotions**<br>**Street Signs Advertising**<br>**Bluff City, TN 37618** | | C | **Business Expense** | | | | **100.00** |
| Account No.<br>**Safeguard**<br>**PO BOX 88043**<br>**Chicago, IL 60680-1043** | | C | **Business Expense** | | | | **126.86** |

Sheet no. **12** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **11,074.93**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**
                                                                        ,  Case No. __**10-01070**__
                                                                Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Saia<br>PO BOX 100816<br>Pasadena, CA 91189-0816 | | C | Business Expense | | | | 98.05 |
| Account No.<br>Saint Alphonsus<br>PO Box 18<br>Boise, ID 83707-0018 | | C | Medical Expense | | | | 125.50 |
| Account No.<br>Action Collection<br>1325 Vista Avenue<br>Boise, ID 83705 | | | Representing:<br>Saint Alphonsus | | | | Notice Only |
| Account No.<br>Sherwin Williams #8420<br>3500 E. Commercial Ct<br>Meridian, ID 83642 | | C | Business Expense | | | | 427.56 |
| Account No.<br>Source Capital & Consulting<br>3006 E. Goldstone Dr<br>Suite 106<br>Meridian, ID 83642 | | C | Business Expense | | | | 6,653.06 |

Sheet no. __13__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **7,304.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Leroy Vaughan,**
         **Debra Dawn Vaughan**                                                              Case No.  __**10-01070**__
_____,
                                                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sprint/Nextell**<br>**PO BOX 541023**<br>**Los Angeles, CA 90054-1023** | | C | **Business Expense** | | | | 436.25 |
| Account No.<br><br>**Suddenly Las Vegas**<br>**7411 Holly Ave**<br>**Fort Smith, AR 72908** | | C | **Business Expense** | | | | 295.00 |
| Account No.<br><br>**Sun Garden/Mallory Ent.**<br>**10596 Nina St.**<br>**Largo, FL 33778** | | C | **Business Expense** | | | | 1,990.00 |
| Account No.<br><br>**Sundance Investments LLP**<br>**9100 W. Black Eagle DR**<br>**Boise, ID 83709** | | C | **Business Expense** | | | | 556,920.00 |
| Account No.<br><br>**Tates Rents**<br>**3900 Chinden Blvd**<br>**Garden City, ID 83714** | | C | **Business Expense** | | | | 726.14 |

Sheet no. __**14**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **560,367.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**
                                                                                          Case No.  __**10-01070**__
_____,
                                       Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Textron Financial Corp**<br>**1630 Des Peres Road**<br>**Suite 300**<br>**Saint Louis, MO 63131** | | C | **Business Expense - possible deficiency from repo of business items** | | | | **Unknown** |
| Account No.<br><br>**Toyota Financial Services**<br>**PO BOX 3457**<br>**Torrance, CA 90510-3457** | | C | **Business Expense** | | | | **1,859.85** |
| Account No.<br><br>**Tropitone Furniture Co**<br>**Box 88400**<br>**Milwaukee, WI 53288-0400** | | C | **Business Expense** | | | | **14,164.55** |
| Account No.<br><br>**Unishipper BSE**<br>**2075 Ranchero Way**<br>**Boise, ID 83709** | | C | **Business Expense** | | | | **912.67** |
| Account No.<br><br>**Unishippers-Olhausen**<br>**1901 E. Franklin St**<br>**Suite 100**<br>**Richmond, VA 23223** | | C | **Business Expense** | | | | **100.65** |

Sheet no. __**15**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **17,037.72**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan** ,
Debtors

Case No. **10-01070**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Woodies Sheet Metal** | | C | **Business Expense** | | | | 600.00 |
| Account No.<br><br>**Yellow Book**<br>**PO BOX 660052**<br>**Dallas, TX 75266-0052** | | C | **Business Expense** | | | | 48.00 |
| Account No.<br><br>**ZZZ One Timers** | | C | **Business Expense** | | | | 110.28 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **16** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **758.28**

Total (Report on Summary of Schedules) **1,188,748.07**