B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of Idaho

In re  **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**

_____ ,
Debtors

Case No. _____**10-01070**_____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 725,000.00 | | |
| B - Personal Property | Yes | 4 | 44,169.89 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 641,609.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 600.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,184,422.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,210.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,659.17 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 769,169.89 | | |
| Total Liabilities | | | | 1,826,631.47 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Idaho

In re    **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**                                          Case No. ____**10-01070**_____

_____,

                                       Debtors    Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Thomas Leroy Vaughan,**
         **Debra Dawn Vaughan**                                           ,    Case No.    **10-01070**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8425 Vincent St., Boise, ID (RESIDENCE)** | | **C** | **250,000.00** | **184,834.00** |
| **1106 Hansen Avenue, Burley, ID 83318** | | **C** | **350,000.00** | **454,000.00** |
| **Property in Stanley owned by 4 people. 1 acre bare lot.** | **50/50 ownership** | **C** | **125,000.00** | **0.00** |

| | | |
|---|---|---|
| Sub-Total > | **725,000.00** | (Total of this page) |
| Total > | **725,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Thomas Leroy Vaughan,**
    **Debra Dawn Vaughan**

                       ,
        Debtors

Case No.   **10-01070**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account:** **Wells Fargo - $5.00** **Bank of America - $12.00** **Sterling Savings Bank - $10.00** | C | 27.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **See attached list** | C | 13,447.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Everyday clothing** | C | 300.00 |
| 7. | Furs and jewelry. | | **Jewelry** | C | 300.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policies with Farmers Life Insurance. Zero value to debtors** | C | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | | **2 Annuities for their kids (but due to kids being minors, are in parents names)** **Josh - $10,546.45** **Alexander - $6,274.44** | C | 16,820.89 |

                                     Sub-Total >    **30,894.89**
                                  (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**  Case No.  **10-01070**
　　　**Debra Dawn Vaughan**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership Patio Pleasures, Inc.- business filing bankruptcy** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >　　**0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Thomas Leroy Vaughan,**                               Case No.   **10-01070**

           **Debra Dawn Vaughan**

                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet pickup** | C | 13,275.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                          Sub-Total >   **13,275.00**
                         (Total of this page)
Sheet  **2**  of  **2**  continuation sheets attached                      Total >   **44,169.89**
to the Schedule of Personal Property

                                      (Report also on Summary of Schedules)

IN RE: Vaughan

Case No. _____

## ATTACHMENT TO SCHEDULE B - HOME FURNISHINGS

| QUANTITY | | VALUE | | QUANTITY | | VALUE |
|---|---|---|---|---|---|---|
| 63+24 | DISHES/CUPS | 100 | | 2 | DESK | 50 |
| 36 | GLASSES | | | 2 | DESK CHAIR | 50 |
| 24 | COOK UTENSILS | | | 5 | BICYCLE | 400 |
| 22 | POTS/PANS | 175 | | 1 | VCR | 50 |
| 1 | TOASTER | 10 | | 52 | VCR TAPES | 100 |
| 1 | COFFEE POT | 15 | | 1 | CD PLAYER/STEREO | 500 |
| 2 | CROCK POT | 24 | | 3 | HOME COMPUTER | 200 |
| 1 | BLENDER | 30 | | | VANITY | |
| 1 | MIXER | 10 | | 3 | LAMPS | 15 |
| 1 | ELECTRIC KNIFE | 10 | | 1 | HOPE CHEST | 50 |
| 1 | ELECTRIC CAN OPENER | 5 | | | KITCHEN TABLE | |
| 1 | MICROWAVE | 20 | | | KITCHEN CHAIRS | |
| 1 | STOVE | 60 | | 1 | DINING ROOM TABLE | 100.00 |
| 1 | DISHWASHER | 75 | | 6 | DINING ROOM CHAIRS | 200.00 |
| 1 | FOOD PROCESSOR | 25 | | | FIGURINES | |
| 24 | SILVERWARE | 24 | | 2 | FILE CABINETS | 50.00 |
| 1 | CHINA SET | 500 | | | TYPEWRITER | |
| | CRYSTAL SET | | | 1 | LAWNMOWER | 750 |
| | CANDY DISHES | | | 1 | WEEDEATER | 35 |
| | BREADBOX | | | 10 | GARDEN TOOLS | 25 |
| | CANISTER SET | | | 1 | GUNS | 200 |
| | FAN | | | 2 | VACUUM | 175 |
| 24 | TUPPERWARE | 24 | | 6 | SUITCASES | 50 |
| | BUFFET | | | 1 | IRON | 5 |
| | HUTCH | | | 1 | IRONING BOARD | 5 |
| 1 | REFRIGERATOR | 50 | | 1 | ENTERTAINMENT CTR | 300 |
| 1 | WASHER | 150 | | 1 | AIR COND/SWAMP CLR | 100 |
| 1 | DRYER | 150 | | | ROLLAWAY BED | |
| 1 | FREEZER | 150 | | | PLAYPEN | |
| 5 | BEDS | 3500 | | 3 | RUGS | 20 |
| 4 | NIGHT STANDS | 30 | | | BABY SWING | |
| 5 | DRESSER | 250 | | | TOY BOX (TOYS) | |
| 2 | END TABLES | 30 | | 3 | CAMERA | 100 |
| 1 | COUCH | 200 | | 1 | AQUARIUM | 5 |
| 1 | RECLINER | 100 | | | HIGH CHAIR | |
| 1 | COFFEE TABLE | 30 | | | BASSINET | |
| 1 | LOVESEAT | 150 | | | CRIB & MATTRESS | |
| 11 | CHAIRS | 800 | | | PORTABLE HEATER | |
| | ROCKING CHAIR | | | 50 | MISC. HAND TOOLS | 500 |
| 1 | TELEVISION | 75 | | | NIC NACS | |
| 5 | CLOCK | 30 | | 1 | RADIO/STEREO | 100 |
| | STAND | | | | SEWING MACHINE | |
| | ANY PERSONAL EFFECTS NOT LISTED | | | | | 10,947.00 |
| | | | | | | +450.00 |

playground set 500.00
patio furniture 1600.00
pool table 500.00

B6C (Official Form 6C) (4/10)

.

In re    **Thomas Leroy Vaughan,**                      Case No.   **10-01070**
            **Debra Dawn Vaughan**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **8425 Vincent St., Boise, ID (RESIDENCE)** | **Idaho Code §§ 55-1001, 55-1002, 55-1003** | **100,000.00** | **250,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal checking account:** | **Idaho Code § 11-207** | **75%** | **27.00** |
| **Wells Fargo  - $5.00** | | | |
| **Bank of America - $12.00** | | | |
| **Sterling Savings Bank - $10.00** | | | |
| **Household Goods and Furnishings** | | | |
| **See attached list** | **Idaho Code § 11-605(1) (a)(b) or (c)** | **13,447.00** | **13,447.00** |
| **Wearing Apparel** | | | |
| **Everyday clothing** | **Idaho Code § 11-605(1) (a)(b) or (c)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **Idaho Code § 11-605(2)** | **300.00** | **300.00** |
| **Interests in Insurance Policies** | | | |
| **Term Life Insurance Policies with Farmers Life Insurance.  Zero value to debtors** | **Idaho Code §§ 41-1833(1), 41-1930** | **100%** | **0.00** |
| **Annuities** | | | |
| **2 Annuities for their kids (but due to kids being minors, are in parents names)** | **Idaho Code § 41-1836(1)(b)** | **16,820.89** | **16,820.89** |
| **Josh - $10,546.45** | | | |
| **Alexander - $6,274.44** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Chevrolet pickup** | **Idaho Code § 11-605(3)** | **13,275.00** | **13,275.00** |

                                           Total:    **144,163.14**        **294,169.89**

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

IN RE: Vaughan                                        Case No.

## ATTACHMENT TO SCHEDULE B - HOME FURNISHINGS

| QUANTITY | | VALUE | | QUANTITY | | VALUE |
|---|---|---|---|---|---|---|
| 63+24 | DISHES/CUPS | 100 | | 2 | DESK | 50 |
| 36 | GLASSES | | | 2 | DESK CHAIR | 50 |
| 24 | COOK UTENSILS | | | 5 | BICYCLE | 400 |
| 23 | POTS/PANS | 175 | | 1 | VCR | 50 |
| 1 | TOASTER | 10 | | 52 | VCR TAPES | 100 |
| 1 | COFFEE POT | 15 | | 1 | CD PLAYER/STEREO | 500 |
| 2 | CROCK POT | 24 | | 3 | HOME COMPUTER | 200 |
| 1 | BLENDER | 30 | | | VANITY | |
| 1 | MIXER | 10 | | 3 | LAMPS | 15 |
| 1 | ELECTRIC KNIFE | 10 | | 1 | HOPE CHEST | 50 |
| 1 | ELECTRIC CAN OPENER | 5 | | | KITCHEN TABLE | |
| 1 | MICROWAVE | 20 | | | KITCHEN CHAIRS | |
| 1 | STOVE | 60 | | 1 | DINING ROOM TABLE | 100.00 |
| 1 | DISHWASHER | 75 | | 6 | DINING ROOM CHAIRS | 200.00 |
| 1 | FOOD PROCESSOR | 25 | | | FIGURINES | |
| 24 | SILVERWARE | 24 | | 2 | FILE CABINETS | 50.00 |
| 1 | CHINA SET | 500 | | | TYPEWRITER | |
| | CRYSTAL SET | | | 1 | LAWNMOWER | 750 |
| | CANDY DISHES | | | 1 | WEEDEATER | 35 |
| | BREADBOX | | | 10 | GARDEN TOOLS | 25 |
| | CANISTER SET | | | 1 | GUNS | 200 |
| | FAN | | | 2 | VACUUM | 175 |
| 24 | TUPPERWARE | 24 | | 6 | SUITCASES | 50 |
| | BUFFET | | | 1 | IRON | 5 |
| | HUTCH | | | 1 | IRONING BOARD | 5 |
| 1 | REFRIGERATOR | 50 | | 1 | ENTERTAINMENT CTR | 300 |
| 1 | WASHER | 150 | | 1 | AIR COND/SWAMP CLR | 100 |
| 1 | DRYER | 150 | | | ROLLAWAY BED | |
| 1 | FREEZER | 150 | | | PLAYPEN | |
| 5 | BEDS | 3500 | | 3 | RUGS | 30 |
| 4 | NIGHT STANDS | 30 | | | BABY SWING | |
| 5 | DRESSER | 250 | | | TOY BOX (TOYS) | |
| 2 | END TABLES | 30 | | 3 | CAMERA | 100 |
| 1 | COUCH | 200 | | 1 | AQUARIUM | 5 |
| 1 | RECLINER | 100 | | | HIGH CHAIR | |
| 1 | COFFEE TABLE | 30 | | | BASSINET | |
| 1 | LOVESEAT | 150 | | | CRIB & MATTRESS | |
| 11 | CHAIRS | 800 | | | PORTABLE HEATER | |
| | ROCKING CHAIR | | | 50 | MISC. HAND TOOLS | 500 |
| 1 | TELEVISION | 75 | | | NIC NACS | |
| 5 | CLOCK | 30 | | 1 | RADIO/STEREO | 100 |
| | STAND | | | | SEWING MACHINE | |
| | ANY PERSONAL EFFECTS NOT LISTED | | | | | 10,947.00 |
| | | | | | | +450.00 |

playground set  500.00
patio furniture  1600.00
pool table      500.00

**B6D (Official Form 6D) (12/07)**

In re    **Thomas Leroy Vaughan,**        Case No.    __10-01070__
         **Debra Dawn Vaughan**

                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **426370391115** <br><br> **Chase** <br> **P. O. Box 52195** <br> **Phoenix, AZ 85072-2195** | | C | **2004/2005** <br><br> **Second Mortgage - put into business** <br><br> **8425 Vincent St., Boise, ID (RESIDENCE)** <br><br> Value $      **250,000.00** | | | | **56,000.00** | **0.00** |
| Account No. **624419166** <br><br> **CITI Financial** <br> **PO Box 70918** <br> **Charlotte, NC 28272-0918** | | C | **October/November 2002** <br><br> **First Mortgage** <br><br> **8425 Vincent St., Boise, ID (RESIDENCE)** <br><br> Value $      **250,000.00** | | | | **128,834.00** | **0.00** |
| Account No. <br><br> **Idaho Independent Bank** <br> **317 N. 9th Street** <br> **Boise, ID 83702** | | C | **August 2009** <br><br> **Business loan - but in personal name** <br><br> **1106 Hansen Avenue, Burley, ID 83318** <br><br> Value $      **350,000.00** | | | | **260,000.00** | **104,000.00** |
| Account No. <br><br> **Key Bank** <br> **PO Box 94902** <br> **Cleveland, OH 44101** | | C | **1993** <br><br> **Business Loan - but in personal name** <br><br> **1106 Hansen Avenue, Burley, ID 83318** <br><br> Value $      **350,000.00** | | | | **194,000.00** | **0.00** |

   __1__    continuation sheets attached

Subtotal    **638,834.00**      **104,000.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Thomas Leroy Vaughan,**
        **Debra Dawn Vaughan**

Case No. **10-01070**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx2317** | | | **Opened 2/18/09 Last Active 2/01/10** | | | | | |
| **Wells Fargo Financial** **P.O. Box 98798** **Las Vegas, NV 89193-8798** | H | | **Furniture loan--CHF (bed)** | | | | | |
| | | | Value $  **Unknown** | | | | **2,775.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 2,775.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 641,609.00 | 104,000.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**
_____
                        **Debtors**

Case No.    **10-01070**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Thomas Leroy Vaughan,**  
    **Debra Dawn Vaughan**

Case No. **10-01070**

_____,  
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts  
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Listed for Notice Purposes Only | | | | | | |
| **Ada County Treasurer 200 W. Front St. PO Box 2868 Boise, ID 83701** | C | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | **2009** | | | | | | |
| **Cassia County Treasurer 1459 Overland Avenue Burley, ID 83318** | C | | **Business Taxes for real property** | | | | | 0.00 | |
| | | | | | | | 600.00 | | 600.00 |
| Account No. | | | Listed for Notice Purposes Only | | | | | | |
| **Idaho State Tax Commission PO Box 36 Boise, ID 83720-0036** | C | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Listed for Notice Purposes Only | | | | | | |
| **Internal Revenue Service 550 W. Fort St. Boise, ID 83724** | C | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 600.00 | 600.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 600.00 | 600.00 |

B6F (Official Form 6F) (12/07)

In re    **Thomas Leroy Vaughan,**                                                           Case No.    **10-01070**
         **Debra Dawn Vaughan**
                                                                    ,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx1193**<br><br>**Action Collection Services**<br>**1325 S Vista Ave**<br>**Boise, ID 83705** | | | W | | **Opened  9/01/09  Last Active 10/01/09**<br>**Medical Debt - St Alphonsus Oncology**<br>**Physician** | | | | 50.00 |
| Account No.<br><br>**Advanced Business Networks**<br>**1907 Grassmere ST**<br>**Boise, ID 83709** | | | | C | **Business Expense** | | | | 85.00 |
| Account No. **xxxxxx7854**<br><br>**Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | | W | | **Opened  7/02/08  Last Active 11/01/08**<br>**Factoring Company Account Qwest** | | | | 69.00 |
| Account No.<br><br>**Aqualeader**<br>**2370 DE LA Province**<br>**Longueuil, QC  J4G 1G1**<br>**CANADA** | | | | C | **Business Expense** | | | | 38,686.31 |

|  | Subtotal<br>(Total of this page) | 38,890.31 |
|---|---|---|

__16__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
    **Debra Dawn Vaughan**
                                                ,
                                    Debtors

Case No.   **10-01070**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**AT & T**<br>**PO BOX 6463**<br>**Carol Stream, IL 60197-6463** | C | | | **Business Expense** | | | | 348.07 |
| Account No. **xxxxxxxxxx7490**<br><br>**Bank of America**<br>**201 N Tryon St**<br>**Charlotte, NC 28202** | | W | | **Opened 9/09/05 Last Active 1/01/10**<br>**2000 S500 Mercedes. Returned March 2010** | | | | 11,843.00 |
| Account No. **3266**<br><br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | | H | | **Opened 7/31/08 Last Active 2/01/10**<br>**Credit Card - personal name used for business** | | | | 11,105.00 |
| Account No. **1311**<br><br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | W | | **Opened 7/29/05 Last Active 2/01/10**<br>**Credit Card - personal name used for business** | | | | 6,757.00 |
| Account No. <br><br>**Bank of the West**<br>**Dept LA 23091**<br>**Pasadena, CA 91185** | C | | | **Business Expense** | | | | 30,446.26 |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**60,499.33**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
        **Debra Dawn Vaughan**                                                      Case No.  **10-01070**
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8840**<br><br>**Barclays Bank Delaware**<br>**125 S West St**<br>**Wilmington, DE 19801** | C | | **Opened 1/25/07 Last Active 1/18/10**<br>**Credit Card - personal name used for business** | | | | 20,941.00 |
| Account No.<br><br>**Bath Crest**<br>**PO BOX 4531**<br>**Boise, ID 83711** | C | | **Business Expense** | | | | 187.50 |
| Account No.<br><br>**Black Smith Signs**<br>**224 Caldwell Blvd**<br>**Nampa, ID 83651** | C | | **Business Expense** | | | | 5,760.19 |
| Account No.<br><br>**Blue Falls Manufacturing**<br>**Box 560 4549 52nd St**<br>**Thorsby, AB  T0C2P0**<br>**CANADA** | C | | **Business Expense** | | | | 7,224.57 |
| Account No.<br><br>**Boise Anesthesia**<br>**PO BOX 4008**<br>**Portland, OR 97208** | C | | **Medical Expense** | | | | 480.00 |

Sheet no. **2** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **34,593.26**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**

Case No. **10-01070**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Boise Surgical Group**<br>**6140 W. Curtisian Avenue**<br>**Suite 102**<br>**Boise, ID 83704-0109** | C | | **Medical Expense** | | | | **999.48** |
| Account No. <br><br>**Bonneville Collections**<br>**P.O. Box 150621**<br>**Ogden, UT 84402-0309** | | | Representing:<br>**Boise Surgical Group** | | | | **Notice Only** |
| Account No. <br><br>**Brunswick Bowling & Billards**<br>**PO BOX 70179**<br>**Chicago, IL 60673-0179** | C | | **Business Expense** | | | | **100,156.06** |
| Account No. <br><br>**C.H. Robinson**<br>**PO BOX 9121**<br>**Minneapolis, MN 55480-9121** | C | | **Business Expense** | | | | **2,730.00** |
| Account No. <br><br>**Cable One Advertising**<br>**8450 Westpark**<br>**Boise, ID 83704** | C | | **Business Expense** | | | | **26,786.00** |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**130,671.54**

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**
Case No. **10-01070**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Canyon Financial Services** <br>**14904 Collections Center DR** <br>**Chicago, IL 60693** | C | | **Business Expense** | | | | **1,369.37** |
| Account No. **xxxxxxx3292** <br><br>**Cap One** <br>**Po Box 85520** <br>**Richmond, VA 23285** | | H | **Opened 8/17/01 Last Active 1/22/10** <br>**Business Credit Card** | | | | **11,419.00** |
| Account No. **xxxxxxx0833** <br><br>**Cap One** <br>**Po Box 85520** <br>**Richmond, VA 23285** | | H | **Opened 4/22/03 Last Active 2/01/10** <br>**Business Credit Card** | | | | **3,605.00** |
| Account No. **xxxxxxx4010** <br><br>**Chase** <br>**Po Box 15298** <br>**Wilmington, DE 19850** | | W | **Opened 5/25/01 Last Active 1/01/10** <br>**Credit Card - personal name used for business** | | | | **14,758.00** |
| Account No. **xxxxxxx6157** <br><br>**Chase** <br>**Po Box 15298** <br>**Wilmington, DE 19850** | | W | **Opened 1/14/03 Last Active 1/01/10** <br>**Credit Card - personal name used for business** | | | | **13,727.00** |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**44,878.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas Leroy Vaughan,**
        **Debra Dawn Vaughan**
                            Debtors

Case No.   **10-01070**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Burley**<br>**Municipal Utility Dept.**<br>**Burley, ID 83318** | C | | **Business Expense - water for Burley property** | | | | 636.40 |
| Account No.<br><br>**Clear Voice**<br>**PO BOX 1176**<br>**Eagle, ID 83616** | C | | **Business Expense** | | | | 2,502.00 |
| Account No.<br><br>**Cover Pools**<br>**66 East 3335 South**<br>**Salt Lake City, UT 84115** | C | | **Business Expense** | | | | 675.26 |
| Account No.<br><br>**Cross Roads Inc**<br>**3040 Elder St**<br>**Boise, ID 83705** | C | | **Business Expense** | | | | 274.10 |
| Account No. **xxxxxxxx9986**<br><br>**Discover Financial**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | C | | **Opened 6/10/88 Last Active 2/01/10**<br>**Credit Card - personal name used for business** | | | | 11,418.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,505.76

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**        Case No. **10-01070**
      **Debra Dawn Vaughan**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Expense | | | | |
| DMI Sports 375 Commerce DR Fort Washington, PA 19034 | C | | | | | | | 53.00 |
| Account No. | | | | Business Expense | | | | |
| Don Asletts Cleaning Center PO BOX 6135 Pocatello, ID 83205 | C | | | | | | | 129.13 |
| Account No. | | | | Business Expense | | | | |
| Event Rent 600 N. Eagle RD Meridian, ID 83642 | C | | | | | | | 886.50 |
| Account No. | | | | Business Expense | | | | |
| Express Transport PO BOX 88947 Seattle, WA 98138-2947 | C | | | | | | | 696.48 |
| Account No. | | | | Business Expense | | | | |
| Extreme Media clear Voice Telecom Meridian, ID 83642 | C | | | | | | | 687.38 |

Sheet no. **6** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,452.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**
_____,
Debtors

Case No.    **10-01070**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Farmers Insurance**<br>**1711 Overland**<br>**Burley, ID 83318** | C | | **Business Expense** | | | | 194.36 |
| Account No. **-xx6257**<br><br>**GE Moneybank/JC Penney**<br>**Po Box 981402**<br>**El Paso, TX 79998** | W | | **Opened 1/31/08 Last Active 2/01/10**<br>**Charge Account** | | | | 662.00 |
| Account No. <br><br>**Gem State Radiology**<br>**P.O. Box 9649**<br>**Boise, ID 83707** | C | | **Medical Expense** | | | | 281.60 |
| Account No. <br><br>**Group 1 Advertising**<br>**3515 Michigan Ave**<br>**Cincinnati, OH 45208** | C | | **Business Expense** | | | | 50,616.75 |
| Account No. <br><br>**Hanamint Corp**<br>**8010 Thorndike Rd**<br>**Greensboro, NC 27409** | C | | **Business Expense** | | | | 14,855.03 |

Sheet no. **7** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,609.74

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
    **Debra Dawn Vaughan**
                                              ,
                                 Debtors

Case No.   **10-01070**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Magazine Subscription | | | | |
| **Highlights**<br>**PO BOX 4002026**<br>**Des Moines, IA 50340** | C | | | | | | | 52.20 |
| Account No. | | | | Business Expnese | | | | |
| **Hot Water Products**<br>**6848 Airport RD**<br>**West Jordan, UT 84084** | C | | | | | | | 1,488.87 |
| Account No. | | | | Business Expense | | | | |
| **James Gillespie PA**<br>**PO BOX 2337**<br>**Boise, ID 83701** | C | | | | | | | 1,220.00 |
| Account No. | | | | Business Expense | | | | |
| **KBCI CBS 2**<br>**PO BOX 94394**<br>**Seattle, WA 98124-6694** | C | | | | | | | 5,343.00 |
| Account No. | | | | Business Expense | | | | |
| **Keller Supply Co**<br>**PO BOX 34458**<br>**Seattle, WA 98124-1458** | C | | | | | | | 6,317.63 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,421.70

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
**Debra Dawn Vaughan**

Case No.    **10-01070**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| Killerspin 33 W. Monroe St 17th Floor Chicago, IL 60603 | C | | | | | | 751.00 |
| Account No. | | | Business Expense | | | | |
| KIVI-Boise 1866 E. Chisholm DR Nampa, ID 83687 | C | | | | | | 12,817.15 |
| Account No. | | | Business Expense | | | | |
| KNIN Banks-Boise Inc Dallas, TX 75284-9917 | C | | | | | | 14,840.00 |
| Account No. | | | Business Expense | | | | |
| KTVB Dept 890880 Dallas, TX 75312-0880 | C | | | | | | 72,016.75 |
| Account No. | | | Business Expense | | | | |
| Lang Printing & Mailing 1505 E. Weber DR Suite 110 Tempe, AZ 85281 | C | | | | | | 582.96 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 101,007.86 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Leroy Vaughan,**
        **Debra Dawn Vaughan**

Case No.   **10-01070**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Llyod Flanders** <br> **3010 Tenth ST** <br> **Menominee, MI 49858-0550** | | C | **Business Expense** | | | | 34,066.63 |
| Account No. <br><br> **Meadow Craft** <br> **PO BOX 798036** <br> **Saint Louis, MO 63179-8000** | | C | **Business Expense** | | | | 10,263.30 |
| Account No. <br><br> **Minson/Pastel Corp** <br> **Attn: Accounts PP** <br> **Montebello, CA 90640** | | C | **Business Expense** | | | | 893.55 |
| Account No. **xxx7984** <br><br> **Miramedrg** <br> **991 Oak Creek Dr** <br> **Lombard, IL 60148** | | W | **Opened  2/01/09  Last Active  9/01/09** <br> **Medical** | | | | 495.00 |
| Account No. **xxxx8819** <br><br> **NCO Financial** <br> **PO Box 13570** <br> **Philadelphia, PA 19101** | | W | **Opened  1/28/09  Last Active  9/01/09** <br> **Collection St Alphonsus Rmc** | | | | 4,397.00 |

Sheet no. **10** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,115.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**                                    Case No.  **10-01070**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8467** <br><br> **NCO Financial** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | | W | **Opened  3/03/09  Last Active  9/01/09** <br> **Collection St Alphonsus Rmc** | | | | **105.00** |
| Account No. <br><br> **Olhausen Billard** <br> **1124 Vaughn Parkway** <br> **Portland, TN 37148** | | C | **Business Expense** | | | | **16,798.30** |
| Account No. <br><br> **OW Lee** <br> **1822 E. Francis St** <br> **Ontario, CA 91761** | | C | **Business Expense** | | | | **11,330.84** |
| Account No. <br><br> **RAM Gameroom Products** <br> **430 Industrial Dr. Unit 1** <br> **Milton, ON L9T5A6** <br> **CANADA** | | C | **Business Expense** | | | | **69.00** |
| Account No. <br><br> **Ringert Law** <br> **PO BOX 2773** <br> **Boise, ID 83701** | | C | **Business Expense** | | | | **415.00** |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **28,718.14**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
        **Debra Dawn Vaughan**                                    Case No.   **10-01070**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Robert H Peterson Co. <br> 14724 E. Proctor Ave <br> La Puente, CA 91746 | C | | Business Expense | | | | 10,364.07 |
| Account No. <br><br> Rocky Top Promotions <br> Street Signs Advertising <br> Bluff City, TN 37618 | C | | Business Expense | | | | 100.00 |
| Account No. <br><br> Safeguard <br> PO BOX 88043 <br> Chicago, IL 60680-1043 | C | | Business Expense | | | | 126.86 |
| Account No. <br><br> Saia <br> PO BOX 100816 <br> Pasadena, CA 91189-0816 | C | | Business Expense | | | | 98.05 |
| Account No. <br><br> Saint Alphonsus <br> PO Box 18 <br> Boise, ID 83707-0018 | C | | Medical Expense | | | | 125.50 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **10,814.48**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Thomas Leroy Vaughan,**
      **Debra Dawn Vaughan**                                                Case No. ___**10-01070**___
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Action Collection** **1325 Vista Avenue** **Boise, ID 83705** | | | Representing: **Saint Alphonsus** | | | | **Notice Only** |
| Account No. **Sherwin Williams #8420** **3500 E. Commercial Ct** **Meridian, ID 83642** | C | | Business Expense | | | | **427.56** |
| Account No. **Source Capital & Consulting** **3006 E. Goldstone Dr** **Suite 106** **Meridian, ID 83642** | C | | Business Expense | | | | **6,653.06** |
| Account No. **Sprint/Nextell** **PO BOX 541023** **Los Angeles, CA 90054-1023** | C | | Business Expense | | | | **436.25** |
| Account No. **Suddenly Las Vegas** **7411 Holly Ave** **Fort Smith, AR 72908** | C | | Business Expense | | | | **295.00** |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **7,811.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**                                                   Case No.  **10-01070**
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Expense | | | | |
| **Sun Garden/Mallory Ent.** **10596 Nina St.** **Largo, FL 33778** | C | | | | | | | **1,990.00** |
| Account No. | | | | Business Expense | | | | |
| **Sundance Investments LLP** **9100 W. Black Eagle DR** **Boise, ID 83709** | C | | | | | | | **556,920.00** |
| Account No. | | | | Business Expense | | | | |
| **Tates Rents** **3900 Chinden Blvd** **Garden City, ID 83714** | C | | | | | | | **726.14** |
| Account No. | | | | Business Expense - possible deficiency from repo of business items | | | | |
| **Textron Financial Corp** **1630 Des Peres Road** **Suite 300** **Saint Louis, MO 63131** | C | | | | | | | **Unknown** |
| Account No. | | | | Business Expense - Lift truck | | | | |
| **Toyota Financial Services** **PO BOX 3457** **Torrance, CA 90510-3457** | C | | | | | | | **1,859.85** |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**561,495.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
　　　　**Debra Dawn Vaughan**
                                                    ,
                        Debtors

Case No.  ___**10-01070**___

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Expense | | | | |
| **Tropitone Furniture Co** **Box 88400** **Milwaukee, WI 53288-0400** | C | | | | | | 14,164.55 |
| Account No. | | | Business Expense | | | | |
| **Unishipper BSE** **2075 Ranchero Way** **Boise, ID 83709** | C | | | | | | 912.67 |
| Account No. | | | Business Expense | | | | |
| **Unishippers-Olhausen** **1901 E. Franklin St** **Suite 100** **Richmond, VA 23223** | C | | | | | | 100.65 |
| Account No. | | | Business Expense | | | | |
| **Woodies Sheet Metal** **6583 Supply Way** **Boise, ID 83716** | C | | | | | | 600.00 |
| Account No. | | | Business Expense | | | | |
| **Yellow Book** **PO BOX 660052** **Dallas, TX 75266-0052** | C | | | | | | 48.00 |

Sheet no. __**15**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,825.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Leroy Vaughan,**
       **Debra Dawn Vaughan**
_____,
                    Debtors

Case No.  **10-01070**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **ZZZ One Timers** | C | | **Business Expense** | | | | **110.28** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **110.28**

Total (Report on Summary of Schedules)  **1,184,422.47**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Thomas Leroy Vaughan,**                                                    Case No. **10-01070**
**Debra Dawn Vaughan**
_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Elixir Industries**<br>**Attn: Chris Ingersoll**<br>**24800 Christana Drive #210**<br>**Mission Viejo, CA 92691** | **Lease for busienss location on Eagle Road** |
| **Hillcrest Country Club**<br>**4610 Hillcrest Drive**<br>**Boise, ID 83705** | **Promissory Note for membership** |
| **Sundance Investments LLP**<br>**9100 W. Black Eagle DR**<br>**Boise, ID 83709** | **Personal guarantee on business lease for Boise location** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Thomas Leroy Vaughan,**          Case No.     **10-01070**
       **Debra Dawn Vaughan**

Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Patio Pleasures, Inc.** | **All business debts** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Thomas Leroy Vaughan**
**Debra Dawn Vaughan**
_____
Debtor(s)

Case No.    **10-01070**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**10**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Unemployed** |
| Name of Employer | **Formerly Patio Pleasures** | |
| How long employed | **2 months** | **2 months** |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|    b. Insurance | $ | **0.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **1,000.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): **Unemployment** | $ | **1,105.00** | $ | **1,105.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,105.00** | $ | **1,105.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,105.00** | $ | **1,105.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **3,210.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Thomas Leroy Vaughan**
**Debra Dawn Vaughan**                                          Case No.  **10-01070**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 856.55 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 160.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 253.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 600.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 58.33 |
| b. Life | $ | 166.70 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 83.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Real property taxes** | $ | 200.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **2nd Mortgage** | $ | 666.59 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **school tuition** | $ | 525.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,659.17 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 3,210.00 |
| b.  Average monthly expenses from Line 18 above | $ | 4,659.17 |
| c.  Monthly net income (a. minus b.) | $ | -1,449.17 |

**B6J (Official Form 6J) (12/07)**

In re   **Thomas Leroy Vaughan**
       **Debra Dawn Vaughan**                                        Case No.   **10-01070**
_____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell phones** | $ | **200.00** |
| **Internet** | $ | **53.00** |
| **Total Other Utility Expenditures** | $ | **253.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Idaho

In re   **Thomas Leroy Vaughan**
        **Debra Dawn Vaughan**

                                                  Case No.    **10-01070**
_____   _____
                                    Debtor(s)      Chapter     **7**
                                                             _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **April 30, 2010**          Signature   **/s/ Thomas Leroy Vaughan**
       _____                 _____
                                               **Thomas Leroy Vaughan**
                                               Debtor


Date   **April 30, 2010**          Signature   **/s/ Debra Dawn Vaughan**
       _____                 _____
                                               **Debra Dawn Vaughan**
                                               Joint Debtor


*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Idaho

In re    **Thomas Leroy Vaughan**
        **Debra Dawn Vaughan**                                    Case No.   **10-01070**

                                              Debtor(s)              Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT               SOURCE

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT               SOURCE
     **$2,210.00**           **2010 YTD**

---

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **CITI Financial**<br>**PO Box 70918**<br>**Charlotte, NC 28272-0918** | **Each month - $856** | **$2,568.00** | **$128,834.00** |
| **Chase**<br>**P. O. Box 52195**<br>**Phoenix, AZ 85072-2195** | **Each month - $669** | **$2,007.00** | **$56,000.00** |
| **Hillcrest County Club** | **Last 90 days** | **$1,500.00** | **$0.00** |
| **Sacred Heart**<br>**Boise, ID 83702** | **Each month - $525** | **$1,575.00** | **$0.00** |

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **O.W. Lee Company vs. Patio Pleasures & Debbie Vaughan**<br>**Case No. CV OC 2009-19068** | **Collection** | **Ada County, Boise, Idaho** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Journal Broadcasting vs. Patio Pleasures, Debbie Vaughan, & Thomas L Vaughan Case No. CV OC 2009-08422** | **Collection** | **Ada County, Boise, Idaho** | **Closed** |
| **KeyBank Nationa Association vs. Patio Pleasures, Inc. Case No CV OC 2009-07884** | **Foreclosure** | **Ada County, Boise, Idaho** | **Closed** |
| **Keller Supply Company vs. Patio Pleasures, & Thomas Vaughan Case No. CV OC 0922738** | **Collection** | **Ada County, Boise, Idaho** | **Default Judgment** |
| **The Sundance Company vs. Pation Pleasuers, Inc, Tom Vaughan, and Debbie Vaughan Case No. CVOC106762** | **Collection** | **District Court, Ada County, Boise, Idaho** | **Pending** |

None
☐
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **NCO Financial** | **APril 2010** | **Attempted to garnish former business bank account** |

---

**5. Repossessions, foreclosures and returns**

None
☐
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America 201 N Tryon St Charlotte, NC 28202** | **March 2010** | **2000 S500 Mercedes.** |

---

**6. Assignments and receiverships**

None
■
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

| None ☐ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Sacred Heart Boise, ID 83702** | **Church** | **2009** | **Cash donations - $3206.00** |
| **First Presbyterian Boise, ID 83702** | **Church** | **2009** | **Cash - $66.00** |
| **Idaho Youth Ranch** | **None** | **2009** | **Household items - $700.00** |

### 8.  Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of D. Blair Clark PLLC 1513 Tyrell Lane, Suite 130 Boise, ID 83706** | **2009** | **$2,500.00** |
| **CricketDebt.com** | **March 2010** | **$36.00** |

**10. Other transfers**

None ☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Robert Bunn**<br><br>**Former Employee** | **March 2010** | **2005 Astro Van - received no funds.  Mr. Bunn paid off GMAC loan** |

None ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **GMAC** | **Business loan with Astro Van as collateral** | **Closed with payoff March 2010** |
| **Idaho Independent Bank**<br>**317 N. 9th Street**<br>**Boise, ID 83702** | **2 personal checking account. $141.13** | **November 2009.  Zero value at closing** |

**12.  Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Patio Pleasures, Inc.** | **82-0477202** | **8740 Fairview Avenue Boise, ID 83704** | **Spa & Patio sales** | **1995 to February 2010** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED
**Robert Naugler CPA**                                                  **Each year for taxes**
**6727 Ustick Road**
**Boise, ID 83704**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                   DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Idaho Independent Bank**<br>**317 N. 9th Street**<br>**Boise, ID 83702** | **2009** |

---

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Thomas Vaughan**<br>**8425 Vincent**<br>**Boise, ID 83709** | **President** | **at close - February 2010** |
| **Debra Vaughan** | **Secretary** | **at close - February 2010** |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **April 30, 2010**                          Signature    **/s/ Thomas Leroy Vaughan**
                                                              **Thomas Leroy Vaughan**
                                                              Debtor

Date **April 30, 2010**                          Signature    **/s/ Debra Dawn Vaughan**
                                                              **Debra Dawn Vaughan**
                                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Idaho

In re    **Thomas Leroy Vaughan**
       **Debra Dawn Vaughan**

Case No.   **10-01070**

Chapter   **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**8425 Vincent St., Boise, ID (RESIDENCE)** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Keep making monthly payments**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**CITI Financial** | **Describe Property Securing Debt:**<br>**8425 Vincent St., Boise, ID (RESIDENCE)** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Keep making monthly payments**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Financial** | **Describe Property Securing Debt:**<br>**Furniture loan--CHF (bed)** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Elixir Industries** | **Describe Leased Property:**<br>**Lease for busienss location on Eagle Road** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Hillcrest Country Club** | **Describe Leased Property:**<br>**Promissory Note for membership** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Sundance Investments LLP** | **Describe Leased Property:**<br>**Personal guarantee on business lease for Boise location** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April 30, 2010**              Signature  **/s/ Thomas Leroy Vaughan**
                                                **Thomas Leroy Vaughan**
                                                Debtor

Date  **April 30, 2010**              Signature  **/s/ Debra Dawn Vaughan**
                                                **Debra Dawn Vaughan**
                                                Joint Debtor