**Jed W. Manwaring ISB #3040**
**Judy L. Geier ISB #6559**
**EVANS KEANE LLP**
**1405 W. Main Street**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**e-mail:  jmanwaring@evanskeane.com**
           **jgeier@evanskeane.com**

**Attorneys for Trustee, Richard E. Crawforth**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br><br>**THOMAS LEROY VAUGHAN AND DEBRA DAWN VAUGHAN,**<br><br>    **Debtors.** | **Case No. 10-01070-TLM**<br><br>**Chapter 7** |
| **RICHARD E. CRAWFORTH, Trustee,**<br><br>    **Plaintiff,**<br>**vs.**<br><br>**THOMAS LEROY VAUGHAN; DEBRA DAWN VAUGHAN; WAYNE VAUGHAN; and CONNIE VAUGHAN,**<br><br>    **Defendants.** | **Adversary Case No.** |

## COMPLAINT

Plaintiff Trustee Richard E. Crawforth alleges as follows:

1. Jurisdiction in this court arises pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.  This proceeding is a core proceeding pursuant to 28 U.S.C. § 157(2).

2. Plaintiff, Richard E. Crawforth, is the duly appointed trustee for the above Debtor.

COMPLAINT - 1

3. The Defendants Thomas Leroy Vaughn and Debra Dawn Vaughan are husband and wife, the debtors in this case and are residents of Ada County, Idaho (hereinafter the "Debtors").

4. The Defendants Wayne and Connie Vaughan are husband and wife, the parents of the Debtor Thomas Leroy Vaughan, and residents of Burley, Idaho.

5. On April 19, 2010, Debtors filed a voluntary petition for bankruptcy pursuant to Chapter 7 of the Bankruptcy Code (Dckt. #1). On Schedule A – Real Property, the Debtors listed a parcel of land consisting of approximately one acre of bare ground located in Stanley, Idaho, in which they claim a 50 percent co-ownership interest. They estimate the value of the one acre parcel at $125,000. The property is more particularly described as:

> Lot 9 Stanley Basin Subdivision, Custer County, Idaho, as shown by the official plat thereof, filed in the office of the said county recorder.

(the "Stanley Property").

6. At the first meeting of creditors held on May 27, 2010, the Debtors represented that they share co-ownership in the Stanley Property with their parents, the Defendants.

7. The Debtors' ownership interest in the Stanley Property is property of the bankruptcy Estate.

## COUNT I
### SALE OF PROPERTY OF THE ESTATE
### PURSUANT TO 11 U.S.C. § 363(h)

8. Partition in kind of the Stanley Property among the Estate and the Defendants is impracticable;

9. Sale of the Estate's undivided interest in such property would realize significantly less for the Estate than sale of such property free of the interest of such co-

owner Defendants;

    10.    The benefit to the Estate of a sale of the Stanley Property free of the interests of the co-owner Defendants outweighs the detriment, if any, to the co-owner Defendants; and

    11.    The Stanley Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

    12.    Pursuant to 11 U.S.C. § 363(h), the Trustee is authorized to sell the Stanley Property and recover one-half (1/2) of the net proceeds for the benefit of the Estate with the co-owners also receiving one-half (1/2) of the net proceeds.

WHEREFORE, the Trustee prays that judgment be entered as follows:

- That the Trustee shall sell the Stanley Property :

- That the interests of the Defendants Wayne and Connie Vaughan as tenants in common or joint tenants shall be paid one-half (1/2) the net proceeds from the sale of the Stanley Property;

- That the remainder of the net proceeds from the sale of the Stanley Property shall inure for the benefit of the bankruptcy Estate;

- That the Court shall order such other relief as it finds equitable and just.

Dated this 18th day of July, 2011.

                                                EVANS KEANE LLP

                                                By  /s/ Jed W. Manwaring
                                                     Jed W. Manwaring, of the Firm
                                                     Attorneys for Trustee