Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard, Suite 172
Boise, Idaho  83705
Telephone (208) 424-8188
Facsimile (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court
District of Idaho

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| VAUGHAN, THOMAS LEROY | ) | Case No. 10-01070 TLM |
| VAUGHAN, DEBRA DAWN | ) | |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

## TRUSTEE'S OBJECTION TO CLAIM AND NOTICE

TO:    WAYNE AND CONNIE VAUGHAN
       701 E STREET
       RUPERT, ID  83350

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate has objected to the allowance of your Claim No. 3, filed on August 3, 2010.

YOU ARE HEREBY NOTIFIED that if you wish to contest the Trustee's objection to your claim, a written reply to the objection must be filed in duplicate within thirty (30) days from the date this objection is mailed.  File the original with the U.S. Bankruptcy Court, 550 W. Fort St., MSC 042, Boise, ID 83724; and a copy with the Trustee.

YOU ARE FURTHER NOTIFIED that if the objection is a matter that can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period.  <u>Failure to file a written response will result in the Trustee requesting that the Court enter an order disallowing the claim to the extent objected to without further notice or hearing.</u>

## **OBJECTION**

[X]    Proof of claim is alleged to be based on a writing; no supporting documents attached to proof of claim; claim should be disallowed for distribution.

DATED:  September 10, 2012                    /S/  Richard E. Crawforth

                                             Richard E. Crawforth, Trustee

OBJECTION TO PROOF OF CLAIM AND NOTICE  10-01070 TLM

# CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing Objection to Claim and Notice with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

D BLAIR CLARK
LAW OFFICES OF D. BLAIR CLARK
1513 TYRELL LN., STE. 130
BOISE, ID  83706

*Served by U.S. MAIL* :

VAUGHAN, THOMAS LEROY
VAUGHAN, DEBRA DAWN
8425 VINCENT ST
BOISE, ID  83709

WAYNE AND CONNIE VAUGHAN
701 E STREET
RUPERT, ID  83350

/S/  Richard E. Crawforth             .
Chapter 7 Bankruptcy Trustee
Date: September 10, 2012

OBJECTION TO PROOF OF CLAIM AND NOTICE  10-01070