UNITED STATES BANKRUPTCY COURT
*District of Idaho [LIVE]*

| | |
|---|---|
| In Re: ) | |
| ) | |
| Thomas Leroy Vaughan ) | Case No.: 10–01070–TLM |
| 8425 Vincent ) | |
| Boise, ID 83709 ) | Chapter:  7 |
| ) | |
| Social Security No.: xxx–xx–3949 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | ***ORDER DISALLOWING CLAIM*** |
| Debra Dawn Vaughan ) | |
| 8425 Vincent ) | |
| Boise, ID 83709 ) | |
| ) | |
| Social Security No.: xxx–xx–8303 ) | |
| Employer's Tax I.D. No.: ) | |
| Debtor(s) | |

Richard E. Crawforth, Trustee

in this case requests that the Court disallow the following claim:

Creditor: Wayne and Connie Vaughan

Claim Number(s): 3

Notice of the objection to the claim was sent to the creditor and a request for hearing or reply to the objection has not been made within the time period allowed.

**IT IS ORDERED** that the above mentioned claim be disallowed to the extent objected to.

Dated: 10/17/12          Elizabeth A Smith
                         Clerk, U.S. Bankruptcy Court