# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re: VAUGHAN, THOMAS LEROY § Case No. 10-01070-TLM
VAUGHAN, DEBRA DAWN §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Richard E. Crawforth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $644,169.89    Assets Exempt: $146,627.14
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,888.19    Claims Discharged
                                               Without Payment: $1,261,711.51

Total Expenses of Administration: $7,564.53

3) Total gross receipts of $ 29,452.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $29,452.72 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $382,209.00 | $213,502.74 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,564.53 | 7,564.53 | 7,564.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,524,422.47 | 527,593.85 | 355,291.22 | 21,888.19 |
| **TOTAL DISBURSEMENTS** | $1,906,631.47 | $748,661.12 | $362,855.75 | $29,452.72 |

4) This case was originally filed under Chapter 7 on April 19, 2010. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2013          By: /s/Richard E. Crawforth
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Property: 1 acre in Stanley (1/2 interest) | 1110-000 | 29,000.00 |
| 2010 TAX REFUNDS | 1224-000 | 452.72 |
| **TOTAL GROSS RECEIPTS** | | **$29,452.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ADA COUNTY TREASURER | 4700-000 | 0.00 | 2,418.34 | 0.00 | 0.00 |
| 2 | KEYBANK NATIONAL ASSOCIATION | 4110-000 | 194,000.00 | 208,690.81 | 0.00 | 0.00 |
| 12 | CASSIA COUNTY TREASURER | 4700-000 | 600.00 | 2,393.59 | 0.00 | 0.00 |
| NOTFILED | CITI Financial | 4110-000 | 128,834.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 56,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 4110-000 | 2,775.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$382,209.00** | **$213,502.74** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 ─CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard E. Crawforth | 2100-000 | N/A | 3,695.27 | 3,695.27 | 3,695.27 |
| Richard E. Crawforth | 2200-000 | N/A | 78.85 | 78.85 | 78.85 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| JED MANWARING | 3110-000 | N/A | 2,287.60 | 2,287.60 | 2,287.60 |
| JED MANWARING | 3120-000 | N/A | 103.60 | 103.60 | 103.60 |
| ALLIANCE TITLE & ESCROW CORP | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.48 | 56.48 | 56.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.10 | 60.10 | 60.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.87 | 57.87 | 57.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.73 | 63.73 | 63.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.49 | 59.49 | 59.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.75 | 62.75 | 62.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.73 | 56.73 | 56.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.57 | 58.57 | 58.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.10 | 55.10 | 55.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.02 | 59.02 | 59.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.75 | 51.75 | 51.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.98 | 56.98 | 56.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.08 | 55.08 | 55.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.65 | 49.65 | 49.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.40 | 58.40 | 58.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.97 | 52.97 | 52.97 |
| Rabobank, N.A. | 2600-000 | N/A | 34.54 | 34.54 | 34.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,564.53 | $7,564.53 | $7,564.53 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 24 -2 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Idaho State Tax Commission | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | WAYNE VAUGHAN | 7100-000 | 80,000.00 | 80,000.00 | 0.00 | 0.00 |
| 4 | IDAHO INDEPENDENT BANK | 7100-000 | 260,000.00 | 160,572.54 | 160,572.54 | 9,892.29 |
| 5 | YELLOW BOOK USA | 7100-000 | 48.00 | 1,117.49 | 0.00 | 0.00 |
| 6 | DISCOVER BANK | 7100-000 | 11,418.00 | 11,871.99 | 11,871.99 | 731.39 |
| 7 | FIA CARD SERVICES, N.A. | 7100-000 | 6,757.00 | 6,957.92 | 6,957.92 | 428.65 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | 11,105.00 | 11,636.65 | 11,636.65 | 716.89 |
| 9 | ROUNDUP FUNDING, LLC | 7100-000 | 348.07 | 168.59 | 168.59 | 10.39 |
| 10 | SHERWIN WILLIAMS #8420 | 7100-000 | 427.56 | 4,541.52 | 0.00 | 0.00 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 4,039.20 | 4,039.20 | 248.84 |
| 13 | CABLE ONE ADVERTISING | 7100-000 | 26,786.00 | 27,096.25 | 0.00 | 0.00 |
| 14 | LLYOD FLANDERS | 7100-000 | 34,066.63 | 36,483.93 | 36,483.93 | 2,247.64 |
| 15 | SOURCE CAPITAL & CONSULTING | 7100-000 | 6,653.06 | 7,572.33 | 0.00 | 0.00 |
| 16 | LLYOD FLANDERS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | CHASE BANK USA NA | 7100-000 | 14,758.00 | 14,263.19 | 14,263.19 | 878.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CHASE BANK USA NA | 7100-000 | 13,727.00 | 15,131.99 | 15,131.99 | 932.23 |
| 19 | KTVB TELEVISION (893) | 7100-000 | 72,016.75 | N/A | N/A | 0.00 |
| 20 | NCO FINANCIAL SYSTEMS, INC. | 7100-000 | 4,502.00 | 5,482.06 | 5,482.06 | 337.73 |
| 21 | JAMES GILLESPIE PA | 7100-000 | 1,220.00 | 1,220.00 | 1,220.00 | 75.16 |
| 22 | HANAMINT CORP | 7100-000 | 14,855.03 | 14,880.88 | 0.00 | 0.00 |
| 23 | KELLER SUPPLY CO | 7100-000 | 6,317.63 | 9,997.91 | 0.00 | 0.00 |
| 25 | BANK OF THE WEST | 7100-000 | 30,446.26 | 86,695.87 | 86,695.87 | 5,341.01 |
| 26 | GE CAPITAL RETAIL BANK | 7100-000 | 662.00 | 767.29 | 767.29 | 47.27 |
| 27 | CABLE ONE (4184) | 7100-000 | N/A | 27,096.25 | 0.00 | 0.00 |
| NOTFILED | Lang Printing & Mailing | 7100-000 | 582.96 | N/A | N/A | 0.00 |
| NOTFILED | KNIN Banks-Boise Inc | 7100-000 | 14,840.00 | N/A | N/A | 0.00 |
| NOTFILED | Meadow Craft | 7100-000 | 10,263.30 | N/A | N/A | 0.00 |
| NOTFILED | Minson/Pastel Corp | 7100-000 | 893.55 | N/A | N/A | 0.00 |
| NOTFILED | Highlights | 7100-000 | 52.20 | N/A | N/A | 0.00 |
| NOTFILED | KIVI-Boise | 7100-000 | 12,817.15 | N/A | N/A | 0.00 |
| NOTFILED | Event Rent | 7100-000 | 886.50 | N/A | N/A | 0.00 |
| NOTFILED | Express Transport | 7100-000 | 696.48 | N/A | N/A | 0.00 |
| NOTFILED | Don Asletts Cleaning Center | 7100-000 | 129.13 | N/A | N/A | 0.00 |
| NOTFILED | Extreme Media clear Voice Telecom | 7100-000 | 687.38 | N/A | N/A | 0.00 |
| NOTFILED | DMI Sports | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers Insurance | 7100-000 | 194.36 | N/A | N/A | 0.00 |
| NOTFILED | Hot Water Products | 7100-000 | 1,488.87 | N/A | N/A | 0.00 |
| NOTFILED | KBCI CBS 2 | 7100-000 | 5,343.00 | N/A | N/A | 0.00 |
| NOTFILED | Group 1 Advertising | 7100-000 | 50,616.75 | N/A | N/A | 0.00 |
| NOTFILED | Killerspin | 7100-000 | 751.00 | N/A | N/A | 0.00 |
| NOTFILED | Gem State Radiology | 7100-000 | 281.60 | N/A | N/A | 0.00 |
| NOTFILED | OW Lee | 7100-000 | 11,330.84 | N/A | N/A | 0.00 |
| NOTFILED | Tates Rents | 7100-000 | 726.14 | N/A | N/A | 0.00 |
| NOTFILED | Textron Financial Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sundance Investments LLP | 7100-000 | 556,920.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 7100-000 | 1,859.85 | N/A | N/A | 0.00 |
| NOTFILED | Sun Garden/Mallory Ent. | 7100-000 | 1,990.00 | N/A | N/A | 0.00 |
| NOTFILED | Tropitone Furniture Co | 7100-000 | 14,164.55 | N/A | N/A | 0.00 |
| NOTFILED | Woodies Sheet Metal | 7100-000 | 600.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ZZZ One Timers | 7100-000 | 110.28 | N/A | N/A | 0.00 |
| NOTFILED | Unishippers-Olhausen | 7100-000 | 100.65 | N/A | N/A | 0.00 |
| NOTFILED | Suddenly Las Vegas | 7100-000 | 295.00 | N/A | N/A | 0.00 |
| NOTFILED | Unishipper BSE | 7100-000 | 912.67 | N/A | N/A | 0.00 |
| NOTFILED | Sprint/Nextell | 7100-000 | 436.25 | N/A | N/A | 0.00 |
| NOTFILED | RAM Gameroom Products | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Ringert Law | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | Cross Roads Inc | 7100-000 | 274.10 | N/A | N/A | 0.00 |
| NOTFILED | Robert H Peterson Co. | 7100-000 | 10,364.07 | N/A | N/A | 0.00 |
| NOTFILED | Olhausen Billard | 7100-000 | 16,798.30 | N/A | N/A | 0.00 |
| NOTFILED | Rocky Top Promotions Street Signs Advertising | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Saint Alphonsus | 7100-000 | 125.50 | N/A | N/A | 0.00 |
| NOTFILED | Action Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Saia | 7100-000 | 98.05 | N/A | N/A | 0.00 |
| NOTFILED | Miramedrg | 7100-000 | 495.00 | N/A | N/A | 0.00 |
| NOTFILED | Safeguard | 7100-000 | 126.86 | N/A | N/A | 0.00 |
| NOTFILED | Brunswick Bowling & Billards | 7100-000 | 100,156.06 | N/A | N/A | 0.00 |
| NOTFILED | Cover Pools | 7100-000 | 675.26 | N/A | N/A | 0.00 |
| NOTFILED | Bonneville Collections | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Boise Anesthesia | 7100-000 | 480.00 | N/A | N/A | 0.00 |
| NOTFILED | Boise Surgical Group | 7100-000 | 999.48 | N/A | N/A | 0.00 |
| NOTFILED | C.H. Robinson | 7100-000 | 2,730.00 | N/A | N/A | 0.00 |
| NOTFILED | Canyon Financial Services | 7100-000 | 1,369.37 | N/A | N/A | 0.00 |
| NOTFILED | City of Burley Municipal Utility Dept. | 7100-000 | 636.40 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 11,419.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 3,605.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Falls Manufacturing | 7100-000 | 7,224.57 | N/A | N/A | 0.00 |
| NOTFILED | Bath Crest | 7100-000 | 187.50 | N/A | N/A | 0.00 |
| NOTFILED | Black Smith Signs | 7100-000 | 5,760.19 | N/A | N/A | 0.00 |
| NOTFILED | Action Collection Services | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Business Networks | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 20,941.00 | N/A | N/A | 0.00 |
| NOTFILED | Aqualeader | 7100-000 | 38,686.31 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Bank of America | 7100-000 | 11,843.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Clear Voice | 7100-000 | 2,502.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,524,422.47 | $527,593.85 | $355,291.22 | $21,888.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-01070-TLM
**Case Name:** VAUGHAN, THOMAS LEROY
VAUGHAN, DEBRA DAWN
**Period Ending:** 07/15/13

**Trustee:** (320060) Richard E. Crawforth
**Filed (f) or Converted (c):** 04/19/10 (f)
**§341(a) Meeting Date:** 05/27/10
**Claims Bar Date:** 11/28/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 8425 Vincent St, Boise, ID<br>  09/12/12: Stay relief ordered. (Docket #76).<br>08/16/12: Motion for Stay Relief (Docket #71) | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | Property: 1106 Hansen Avenue, Burley, ID 83318<br>  06/20/11: Order granting motion for stay relief<br>05/19/11: Motion for Stay Relief filed by Keybank NA.<br>No equity, docs ok. No obj. dr | 350,000.00 | 0.00 | | 0.00 | FA |
| 3 | Property: 1 acre in Stanley (1/2 interest)<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 125,000.00 | 125,000.00 | | 29,000.00 | FA |
| 4 | Personal checking account: Wells Fargo<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 27.00 | 6.75 | | 0.00 | FA |
| 5 | Household Goods and Furnishings<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 13,447.00 | 0.00 | | 0.00 | FA |
| 6 | Everyday clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance Policies with Farmers Life I<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2 Annuities for their kids (but due to kids bein<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 16,820.89 | 0.00 | | 0.00 | FA |
| 10 | 100% ownership Patio Pleasures, Inc.<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 Chevrolet pickup<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 13,275.00 | 0.00 | | 0.00 | FA |

Printed: 07/15/2013 09:49 AM    V.13.13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-01070-TLM | Trustee: | (320060) Richard E. Crawforth |
|---|---|---|---|
| Case Name: | VAUGHAN, THOMAS LEROY | Filed (f) or Converted (c): | 04/19/10 (f) |
|  | VAUGHAN, DEBRA DAWN | §341(a) Meeting Date: | 05/27/10 |
| Period Ending: | 07/15/13 | Claims Bar Date: | 11/28/11 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12 | 2010 TAX REFUNDS  (u)  ** ONLY ESTATE SHARE OF REFUND WAS T/O TO TRUSTEE; NO REBATE CHECK ISSUED TO DEBTORS  PRORATA - 1063.28, EIC - 2464, LESS NON EXEMPT BANK ACCTS - 6.75, NET TO DEBTORS - $3520.53 | 3,980.00 | 1,516.00 | | 452.72 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.00 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $773,149.89 | $126,522.75 | | $29,452.72 | $0.00 |

**Major Activities Affecting Case Closing:**

05/24/13:  DISTRIBUTION CHECKS PROCESSED; PENDING FINAL BANK STATEMENT; TDR TO FOLLOW
05/20/13:  PROPOSED DISTRIBUTION ORDER SUBMITTED TO COURT
04/22/13:  TFR FILED WITH COURT; PENDING DISTRIBUTION ORDER - DUE 05/20/13
04/10/13:  REVISED TFR TO UST FOR REVIEW; PENDING PERMISSION TO FILE WITH COURT
04/10/13:  REQUEST FOR ORDER DISALLOWING CLAIM #  SUBMITTED TO COURT - REVISED TFR TO FOLLOW
03/06/13:  REALIZED ISSUES WITH POC #5 WERE NOT RESOLVED PRIOR TO PREPARATION OF TFR.  OBJECTION TO CLAIM #5  FILED; PENDING ORDER TO DISALLOW DUE 04/10/13
01/09/13:  TFR TO UST FOR REVIEW; PENDING PERMISSION TO FILE WITH COURT
12/04/12:  ORDER SUSTAINING OBJECTION TO CLAIM
12/04/12:  REQUEST FOR ORDER DISALLOWING CLAIM #10  SUBMITTED TO COURT
11/27/12:  CLAIM #19 AMENDED TO $0 BY CREDITOR; OBJECTION WITHDRAWN; CASE IS PENDING ORDER ON AMENDED OBJ TO POC #10, DUE 12/4/12
11/19/12:  REQUEST FOR ORDER DISALLOWING CLAIMS #13, 15, 22, 23 AND 27  SUBMITTED TO COURT .  STILL WAITING FOR CREDITOR TO EITHER WITHDRAW POC #19, OR WITHDRAW RESPONSE SO OBJECTION CAN BE SUSTAINED
11/12/12:  RECEIVED RESPONSE TO OBJ TO POC #19; WORKING WITH CREDITOR TO DETERMINE WHETHER THEY WILL WITHDRAW THE RESPONSE OR SET FOR HEARING.  NO PERSONAL GUARANTY APPEARS TO EXIST.
11/01/12:  RECEIVED SUPPORTING DOCS FOR POC #10; AMENDED OBJECTION TO CLAIM #10 FILED THIS DATE; PENDING ORDER TO DISALLOW DUE 12/4/12
10/31/12:  ANNUAL REPORT DUE TO US TRUSTEE
10/17/12:  OBJECTION TO CLAIMS #10, 13, 15, 19, 22, 23, AND 27  FILED; PENDING ORDERS TO DISALLOW DUE 11/19/12
10/17/12:  FAXED REQUEST TO IRS TO VERIFY STATUS OF PRIORITY CLAIM
10/16/12:  REQUEST FOR ORDER DISALLOWING CLAIM #3  SUBMITTED TO COURT
09/10/12:  OBJECTION TO CLAIM #3  FILED; PENDING ORDER TO DISALLOW DUE 10/15/12
04/11/12:  ORDER GRANTING APPLICATION FOR COMPENSATION - MANWARING
12/19/11:  APPLICATION FOR COMPENSATION FILED BY JED MANWARING.  FEE $2184, EXPENSES $103.60
10/31/11:  ANNUAL REPORT DUE TO US TRUSTEE
10/28/11:  FILED REPORT OF SALE BY TRUSTEE - HALF INTEREST IN PROPERTY IN STANLEY

Printed: 07/15/2013 09:49 AM    V.13.13

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-01070-TLM
**Case Name:** VAUGHAN, THOMAS LEROY
VAUGHAN, DEBRA DAWN
**Period Ending:** 07/15/13

**Trustee:**    (320060)   Richard E. Crawforth
**Filed (f) or Converted (c):** 04/19/10 (f)
**§341(a) Meeting Date:** 05/27/10
**Claims Bar Date:** 11/28/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/04/11: ORDER APPROVING SALE OF INTEREST IN REAL PROPERTY

10/03/11: FILED STATEMENT OF NO OBJECTION AND SUBMITTED ORDER APPROVING SALE OF INTEREST IN STANLEY PROPERTY

08/30/11: ASSET NOTICE FILED PENDING CLAIMS BAR DATE 11/28/11

08/26/11: FILED AMENDED NOTICE OF SALE OF REAL PROPERTY BY TRUSTEE - HALF INTEREST IN STANLEY PROPERTY; SALE DATE 9/26/11

08/17/11: ORDER GRANTING APPLICATION TO EMPLOY JED MANWARING AND JUDY GEIER

08/03/11: FILED NOTICE OF SALE BY TRUSTEE - HALF INTEREST IN STANLEY PROPERTY; SALE DATE 9/12/11

07/06/10: APPLICATION TO EMPLOY JED W. MANWARING AND JUDY GEIER AS COUNSEL FOR TRUSTEE

10/31/10: ANNUAL REPORT DUE TO US TRUSTEE

10/26/10  TRUSTEE APPROACHED BY SECURED CREDITOR TO SELL REAL PROPERTY.  TRUSTEE ALSO CONSIDERING OFFER FROM DEBTOR'S FATHER TO PURCHASE /2 OF RECREATIONAL REAL PROPERTY

REAL PROPERTY, POTENTIAL PREF PMT, TAX REFUNDS

**Initial Projected Date Of Final Report (TFR):**    October 31, 2011        **Current Projected Date Of Final Report (TFR):**    April 22, 2013  (Actual)

Printed: 07/15/2013 09:49 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-01070-TLM
**Case Name:** VAUGHAN, THOMAS LEROY
VAUGHAN, DEBRA DAWN
**Taxpayer ID #:** **-***8955
**Period Ending:** 07/15/13

**Trustee:** Richard E. Crawforth (320060)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******34-65 - Money Market Account
**Blanket Bond:** $78,692,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/11 | {12} | TOM VAUGHAN | REMAINING ESTATE SHARE OF 2010 REFUNDS | 1224-000 | 182.72 | | 182.72 |
| 05/12/11 | {12} | IDAHO STATE TAX COMMISSION | 2010 STATE TAX REFUND | 1224-000 | 270.00 | | 452.72 |
| 08/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 452.72 |
| 08/02/11 | | To Account #9200******3466 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | | 452.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 452.72 | 452.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 452.72 | |
| | | | **Subtotal** | | 452.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$452.72** | **$0.00** | |

{} Asset reference(s)

Printed: 07/15/2013 09:49 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-01070-TLM  
**Case Name:** VAUGHAN, THOMAS LEROY  
VAUGHAN, DEBRA DAWN  
**Taxpayer ID #:** **-***8955  
**Period Ending:** 07/15/13  

**Trustee:** Richard E. Crawforth (320060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-66 - Checking Account  
**Blanket Bond:** $78,692,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/11 | {3} | WAYNE AND CONNIE VAUGHAN | PURCHASE OF DEBTORS' HALF EQUITY IN STANLEY PROPERTY | 1110-000 | 29,000.00 | | 29,000.00 |
| 08/02/11 | | From Account #9200******3465 | | 9999-000 | 452.72 | | 29,452.72 |
| 08/30/11 | 101 | ALLIANCE TITLE & ESCROW CORP | ORDER # 3071105711C-D  TITLE SEARCH FOR CUSTER COUNTY | 2500-000 | | 200.00 | 29,252.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.48 | 29,196.24 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.10 | 29,136.14 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.87 | 29,078.27 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.73 | 29,014.54 |
| 12/16/11 | 102 | U.S. BANKRUPTCY COURT | FILING FEE - ADVERSARY 11-06041 | 2700-000 | | 250.00 | 28,764.54 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.49 | 28,705.05 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.75 | 28,642.30 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.73 | 28,585.57 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.57 | 28,527.00 |
| 04/17/12 | 103 | JED MANWARING | | | | 2,287.60 | 26,239.40 |
| | | | ATTORNEY'S FEES          2,184.00 | 3110-000 | | | 26,239.40 |
| | | | ATTORNEY'S                103.60<br>EXPENSES | 3120-000 | | | 26,239.40 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.10 | 26,184.30 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.02 | 26,125.28 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.75 | 26,073.53 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.98 | 26,016.55 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.08 | 25,961.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.65 | 25,911.82 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.40 | 25,853.42 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.97 | 25,800.45 |
| 12/06/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001032006088 20121206 | 9999-000 | | 25,800.45 | 0.00 |
| | | | ACCOUNT TOTALS | | 29,452.72 | 29,452.72 | $0.00 |
| | | | Less: Bank Transfers | | 452.72 | 25,800.45 | |
| | | | **Subtotal** | | **29,000.00** | **3,652.27** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29,000.00** | **$3,652.27** | |

{} Asset reference(s)                                                                                     Printed: 07/15/2013 09:49 AM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-01070-TLM
**Case Name:** VAUGHAN, THOMAS LEROY
VAUGHAN, DEBRA DAWN
**Taxpayer ID #:** **-***8955
**Period Ending:** 07/15/13

**Trustee:** Richard E. Crawforth (320060)
**Bank Name:** Rabobank, N.A.
**Account:** ****031566 - Checking Account
**Blanket Bond:** $78,692,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 25,800.45 | | 25,800.45 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.54 | 25,765.91 |
| 05/24/13 | 10104 | Richard E. Crawforth | Dividend paid 100.00% on $78.85, Trustee Expenses;  Reference: | 2200-000 | | 78.85 | 25,687.06 |
| 05/24/13 | 10105 | JED MANWARING | Dividend paid 100.00% on $2,287.60, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 103.60 | 25,583.46 |
| 05/24/13 | 10106 | Richard E. Crawforth | Dividend paid 100.00% on $3,695.27, Trustee Compensation;  Reference: | 2100-000 | | 3,695.27 | 21,888.19 |
| 05/24/13 | 10107 | IDAHO INDEPENDENT BANK | Reference your account : ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 4; Amt Filed: $160,572.54; | 7100-000 | | 9,892.29 | 11,995.90 |
| 05/24/13 | 10108 | DISCOVER BANK | Reference your account : 2496 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 6; Amt Filed: $11,871.99; | 7100-000 | | 731.39 | 11,264.51 |
| 05/24/13 | 10109 | FIA CARD SERVICES, N.A. | Reference your account : 4072 / 1311 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 7; Amt Filed: $6,957.92; | 7100-000 | | 428.65 | 10,835.86 |
| 05/24/13 | 10110 | FIA CARD SERVICES, N.A. | Reference your account : 5451 / 3266 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 8; Amt Filed: $11,636.65; | 7100-000 | | 716.89 | 10,118.97 |
| 05/24/13 | 10111 | ROUNDUP FUNDING, LLC | Reference your account : 0070 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 9; Amt Filed: $168.59; | 7100-000 | | 10.39 | 10,108.58 |
| 05/24/13 | 10112 | AMERICAN INFOSOURCE LP AS AGENT FOR | Reference your account : 000 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 11; Amt Filed: $4,039.20; | 7100-000 | | 248.84 | 9,859.74 |
| 05/24/13 | 10113 | LLYOD FLANDERS | Reference your account : 3949 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 14; Amt Filed: $36,483.93; | 7100-000 | | 2,247.64 | 7,612.10 |
| 05/24/13 | 10114 | CHASE BANK USA NA | Reference your account : 5671 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 17; Amt Filed: $14,263.19; | 7100-000 | | 878.70 | 6,733.40 |
| 05/24/13 | 10115 | CHASE BANK USA NA | Reference your account : 0650 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 18; Amt Filed: $15,131.99; | 7100-000 | | 932.23 | 5,801.17 |
| 05/24/13 | 10116 | NCO FINANCIAL SYSTEMS, INC. | Reference your account : 8819 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 20; Amt Filed: $5,482.06; | 7100-000 | | 337.73 | 5,463.44 |

Subtotals :          $25,800.45          $20,337.01

{} Asset reference(s)

Printed: 07/15/2013 09:49 AM     V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-01070-TLM
**Case Name:** VAUGHAN, THOMAS LEROY
VAUGHAN, DEBRA DAWN
**Taxpayer ID #:** **-***8955
**Period Ending:** 07/15/13

**Trustee:** Richard E. Crawforth (320060)
**Bank Name:** Rabobank, N.A.
**Account:** ****031566 - Checking Account
**Blanket Bond:** $78,692,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/13 | 10117 | JAMES GILLESPIE PA | Reference your account : ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 21; Amt Filed: $1,220.00; | 7100-000 | | 75.16 | 5,388.28 |
| 05/24/13 | 10118 | BANK OF THE WEST | Reference your account : 9208-01 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 25; Amt Filed: $86,695.87; | 7100-000 | | 5,341.01 | 47.27 |
| 05/24/13 | 10119 | GE CAPITAL RETAIL BANK | Reference your account : 5354 ( as provided on the p.o.c.); Dividend paid   6.16% on Claim# 26; Amt Filed: $767.29; | 7100-000 | | 47.27 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 25,800.45 | 25,800.45 | $0.00 |
| Less: Bank Transfers | 25,800.45 | 0.00 | |
| Subtotal | 0.00 | 25,800.45 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$25,800.45** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| MMA # 9200-******34-65 | 452.72 | 0.00 | 0.00 |
| Checking # 9200-******34-66 | 29,000.00 | 3,652.27 | 0.00 |
| Checking # ****031566 | 0.00 | 25,800.45 | 0.00 |
| | $29,452.72 | $29,452.72 | $0.00 |

{} Asset reference(s)

Printed: 07/15/2013 09:49 AM    V.13.13